RECEIVED
AUG 10 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NATHANIEL SMITH, JR., Plaintiff | CIVIL ACTION NO. 17-CV-01690 |
| VERSUS | JUDGE DRELL |
| DELTA FUEL COMPANY, INC., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Amend (Doc. 16) is DENIED AS FUTILE.

IT IS FURTHER ORDERED that the Motion to Strike (Doc. 31) is DENIED.

IT IS FURTHER ORDERED that the Motion to Dismiss (Doc. 11) is GRANTED.

IT IS FURTHER ORDERED that Smith's Complaint is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10 day of August, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT